UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
ALMA BEST,

                        Plaintiff,                  **ORDER**
                                                                             CV 11-1769 (JS)(ARL)

      -against-

BJ's WHOLESALE CLUB, INC.,

                        Defendant.
----------------------------------------------------------------X

**LINDSAY, Magistrate Judge:**

      Before the court is the defendant's motion seeking to compel the plaintiff to respond to the defendant's First Set of Written Interrogatories and Demand for Medical Records.  In addition, defendant seeks an extension of the discovery deadlines.  The requests were served on the plaintiff on April 12, 2011, and to date the plaintiff has not responded.  Nor has the plaintiff responded to the instant application.  Accordingly, the defendant's motion to compel is granted.  On or before October 3, 2011, the plaintiff shall respond to all outstanding discovery.

      Given the delay, all discovery, inclusive of expert discovery, is to be completed by January 27, 2012.  Any party planning on making a dispositive motion shall take the first step in the motion process by February 10, 2012.  The final conference scheduled for January 4, 2012 is adjourned to February 28, 2012 at 11:30 a.m.  The parties are directed to electronically file the proposed joint pretrial order prior to the conference.

      The plaintiff is warned that the failure to comply with this order may result in the imposition of sanctions.

Dated:  Central Islip, New York                **SO ORDERED:**
         September 20, 2011

                                                              _____/s/_____
                                                              ARLENE R. LINDSAY
                                                              United States Magistrate Judge